# EXHIBIT "A"

***(State Court Pleadings)***

CT Corporation

**Service of Process Transmittal**
04/30/2018
CT Log Number 533251063

**TO:** Michael Johnson, Legal Assistant
The Hartford
1 Hartford Plz, HO-1-09
Hartford, CT 06155-0001

**RE:** **Process Served in South Carolina**

**FOR:** Hartford Insurance Company of the Midwest (Domestic State: IN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Diane McNair Terry, Pltf. vs. Billy Nester, et al., Dfts. // To: Hartford Ins Co of the Midwest<br>*Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Letter, Attachment, Amended Summons, Amended Complaint, Notice |
| **COURT/AGENCY:** | Marlboro County - Circuit Court - Forth Judicial Circuit, SC<br>Case # 2018CP3400059 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Greenville, SC |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 04/30/2018 postmarked on 04/27/2018 |
| **JURISDICTION SERVED :** | South Carolina |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service hereof |
| **ATTORNEY(S) / SENDER(S):** | Greg Ohanesian<br>Law Offices of Ohanesian & Ohanesian<br>Post Office Box 1373<br>Bennettsville, SC 29512<br>(843) 479-7193 |
| **ACTION ITEMS:** | CT will retain the current log<br>Image SOP<br>Email Notification, Michael Johnson MICHAEL.JOHNSON@THEHARTFORD.COM<br>Email Notification, Massimo Fraschilla Massimo.Fraschilla@thehartford.com<br>Email Notification, Fiona Rosenberg Fiona.Rosenberg@thehartford.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 2 Office Park Court<br>Suite 103<br>Columbia, SC 29223 |
| **TELEPHONE:** | 804-217-7255 |



Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**STATE OF SOUTH CAROLINA**

**COUNTY OF** MARLBORO

**IN THE COURT OF COMMON PLEAS**

Diane McNair Terry
**Plaintiff(s)**

**vs.**

Billy Nester, Salem Leasing Corporation, Unifi Manufacturing, Inc. and The Hartford Insurance Company of the Midwest
**Defendant(s)**

**CIVIL ACTION COVERSHEET**

2018 - CP - 34 - 00059

(Please Print)
**Submitted By:** Greg Ohanesian
**Address:** Post Office Box 1373
Bennettsville, S.C. 29512

**SC Bar #:** 4271
**Telephone #:** 843-479-7193
**Fax #:** 843-479-7195
**Other:**
**E-mail:**

**NOTE: The cover sheet and information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is required for the use of the Clerk of Court for the purpose of docketing. It must be filled out completely, signed, and dated. A copy of this cover sheet must be served on the defendant(s) along with the Summons and Complaint.**

## DOCKETING INFORMATION (*Check all that apply*)

***If Action is Judgment/Settlement do not complete**

☒ **JURY TRIAL** demanded in complaint. ☐ **NON-JURY TRIAL** demanded in complaint.
☐ This case is subject to **ARBITRATION** pursuant to the Court Annexed Alternative Dispute Resolution Rules.
☒ This case is subject to **MEDIATION** pursuant to the Court Annexed Alternative Dispute Resolution Rules.
☐ This case is exempt from ADR (certificate attached).

## NATURE OF ACTION (*Check One Box Below*)

**Contracts**
- ☐ Constructions (100)
- ☐ Debt Collection (110)
- ☐ Employment (120)
- ☐ General (130)
- ☐ Breach of Contract (140)
- ☐ Other (199)

**Torts - Professional Malpractice**
- ☐ Dental Malpractice (200)
- ☐ Legal Malpractice (210)
- ☐ Medical Malpractice (220)
- ☐ Notice/ File Med Mal (230)
- ☐ Other (299)

**Torts – Personal Injury**
- ☐ Assault/Slander/Libel (300)
- ☐ Conversion (310)
- ☒ Motor Vehicle Accident (320)
- ☐ Premises Liability (330)
- ☐ Products Liability (340)
- ☐ Personal Injury (350)
- ☐ Wrongful Death (360)
- ☐ Other (399)

**Real Property**
- ☐ Claim & Delivery (400)
- ☐ Condemnation (410)
- ☐ Foreclosure (420)
- ☐ Mechanic's Lien (430)
- ☐ Partition (440)
- ☐ Possession (450)
- ☐ Building Code Violation (460)
- ☐ Other (499)

**Inmate Petitions**
- ☐ PCR (500)
- ☐ Sexual Predator (510)
- ☐ Mandamus (520)
- ☐ Habeas Corpus (530)
- ☐ Other (599)

**Judgments/Settlements**
- ☐ Death Settlement (700)
- ☐ Foreign Judgment (710)
- ☐ Magistrate's Judgment (720)
- ☐ Minor Settlement (730)
- ☐ Transcript Judgment (740)
- ☐ Lis Pendens (750)
- ☐ Other (799)

**Administrative Law/Relief**
- ☐ Reinstate Driver's License (800)
- ☐ Judicial Review (810)
- ☐ Relief (820)
- ☐ Permanent Injunction (830)
- ☐ Forfeiture (840)
- ☐ Other (899)

**Appeals**
- ☐ Arbitration (900)
- ☐ Magistrate-Civil (910)
- ☐ Magistrate-Criminal (920)
- ☐ Municipal (930)
- ☐ Probate Court (940)
- ☐ SCDOT (950)
- ☐ Worker's Comp (960)
- ☐ Zoning Board (970)
- ☐ Administrative Law Judge (980)
- ☐ Public Service Commission (990)
- ☐ Employment Security Comm (991)
- ☐ Other (999)

**Special/Complex /Other**
- ☐ Environmental (600)
- ☐ Automobile Arb. (610)
- ☐ Medical (620)
- ☐ Other (699)
- ☐ Pharmaceuticals (630)
- ☐ Unfair Trade Practices (640)
- ☐ Out-of State Depositions (650)

A CERTIFIED TRUE COPY
Anita M. Williams
CLERK OF COURT
MARLBORO COUNTY

FILED ... WILLIAMS ... CLERK OF COURT ... COUNTY, SC

**Submitting Party Signature:** [signature] **Date:** April 25, 2018

Note: Frivolous civil proceedings may be subject to sanctions pursuant to SCRCP, Rule 11, and the South Carolina Frivolous Civil Proceedings Sanctions Act, S.C. Code Ann. §15-36-10 et. seq.

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE CIRCUIT COURT OF THE |
| COUNTY OF MARLBORO | ) | FOURTH JUDICIAL CIRCUIT |
| Diane McNair Terry, Plaintiff, | ) | 2018-CP-34-00059 |
| v. | ) | |
| Billy Nester, Salem Leasing Corporation, Unifi Manufacturing, Inc. and The Hartford Insurance Company of the Midwest, Defendants. | ) | AMENDED SUMMONS |

TO THE DEFENDANT ABOVE-NAMED:

(1) BILLY NESTER
(2) SALEM LEASING CORPORATION
(3) UNIFI MANUFACTURING, INC.
(4) THE HARTFORD INSURANCE COMPANY OF THE MIDWEST

YOU ARE HEREBY SUMMONED and required to answer the Complaint in this action, a copy of which is herewith served upon you, and to serve a copy of your Answer to the said Complaint upon the Plaintiff's attorneys, the Law Offices of Ohanesian and Ohanesian at 106 South Marlboro Street, Post Office Box 1373, Bennettsville, South Carolina, within thirty (30) days after the service hereof, exclusive of the day of such service, and if you fail to answer the Complaint within the time aforesaid, judgment by default will be rendered against you for the relief demanded in the Complaint.

Dated at Bennettsville, South Carolina, this 25th day of April, 2018.

LAW OFFICES OF
OHANESIAN & OHANESIAN

By: ______________________

Greg Ohanesian
SC Bar #: 4271
Member of the Firm
Attorneys for the Plaintiff
Post Office Box 1373
Bennettsville, S.C. 29512
(843) 479-7193
E-Mail: ohanesianfirm@att.net

A CERTIFIED TRUE COPY
Anita M. Williams
CLERK OF COURT
MARLBORO COUNTY

FILED
2018 APR 25
CLERK OF COURT
MARLBORO COUNTY, SC

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE CIRCUIT COURT<br>OF THE<br>FOURTH JUDICIAL CIRCUIT |
| COUNTY OF MARLBORO | ) | |
| Diane McNair Terry,<br>Plaintiff, | ) | 2018-CP-34-00059 |
| v. | ) | |
| Billy Nester, Salem Leasing Corporation, Unifi Manufacturing, Inc. and The Hartford Insurance Company of the Midwest,<br>Defendants. | ) | AMENDED COMPLAINT |

NOW COMES THE PLAINTIFF, Diane McNair Terry, complaining of the Defendants named above, hereby alleges and will respectfully show unto this Honorable Court as follows:

PARTIES JURISDICTION AND VENUE

1. Plaintiff, Diane McNair Terry, is a citizen and resident of the County of Marlboro, State of South Carolina.

FILED
2018 APR 25 A 9:52
ANITA M. WILLIAMS
CLERK OF COURT
MARLBORO COUNTY, S.C.

2. The Defendant Billy Nester was, on December 9, 2015, and is still believed to be, a citizen of the County of Yadkin, State of North Carolina, and upon information and belief, drives a tractor trailer in and through South Carolina regularly and is an Agent of the Defendant Salem Leasing Corporation and an employee of the Defendant Unifi Manufacturing, Inc.; as such this Honorable Court has jurisdiction of the Defendant Billy Nester pursuant to §36-2-803 of the Code of Laws of South Carolina, 1976, as amended.

3. The Defendant Salem Leasing Corporation is the owner of the subject 2016 Tractor Trailer bearing North Carolina license tag number MR2453 and VIN number 1FUJGLBG9GLHM2381 and said

A CERTIFIED TRUE COPY
Anita M. Williams
CLERK OF COURT
MARLBORO COUNTY

Defendant is, upon information and belief, a Corporation which has filed to do business in South Carolina on March 28, 1977, and is in good standing; the Registered Agent for Defendant Salem Leasing Corporation is Prentice Hall Corporation located at 1703 Laurel Street, Columbia, S.C. 29201; as such, this Honorable Court has jurisdiction of the Defendant Salem Leasing Corporation.

4. The Defendant Unifi Manufacturing, Inc. is the lessee and operator of the subject 2016 Tractor Trailer bearing North Carolina license tag number MR2453 and VIN number 1FUJGCBG9GLHM2381 and said Defendant upon information and belief, is a corporation which has filed to do business in South Carolina on December 20, 2016, and is in good standing; the Defendant Unifi Manufacturing, Inc., employed the Defendant Billy Nester to regularly operate its vehicles, owned and leased, throughout the State of South Carolina; The Registered Agent for the Defendant Unifi Manufacturing, Inc., is Mr. George O. Hallman, Jr., 2712 Middleburg Dr., Ste. 200, Columbia, S.C. 29204; as such this Honorable Court has jurisdiction of the Defendant Unifi Manufacturing, Inc.

5. The Defendant Hartford Insurance Company of the Midwest is the Defendant Salem Leasing Corporation's vehicular liability insurance carrier, and said Defendant is, upon information and belief, a

FILED
2018 APR 25 A 9:54
ANITA H. WILLIAMS
CLERK OF COURT
MARLBORO COUNTY, S.C.

Company doing business in the State of South Carolina and is in good standing; the Registered Agent for the Defendant Hartford Insurance Company of the Midwest is "The Chief Financial Officer", Hartford Insurance Company of the Midwest, 200 East Gaines Street, Tallahassee, Florida, 32399-0000; as such, this Honorable Court has jurisdiction of the Defendant Hartford Insurance Company of the Midwest pursuant to §36-2-803 of the Code of Law of South Carolina, 1976, as amended.

6. All acts herein occurred in the County of Marlboro, State of South Carolina.
7. The parties hereto, the subject matter hereof, and all matters hereinafter alleged are within the jurisdiction of this Honorable Court, and this Honorable Court is the proper venue for this action.

FACTUAL BACKGROUND

8. Your Plaintiff herein, incorporates by reference all of the allegations contained in the preceding paragraphs.
9. On or about December 9, 2015, at or about 2:13 P.M. the Plaintiff, Diane McNair Terry, was driving her new (2015) Cadillac four door sedan north easterly on Oakwood Drive within the City Limits of the City of Bennettsville, Marlboro County, South Carolina; she came to the intersection of Oakwood Drive and S.C. Highway #38 and brought

her vehicle to a stop at the stop sign in the right lane; an adjacent left turning lane formed at said intersection; while she was looking both north and south on S.C. Highway #38 before proceeding, a large tractor trailer driven by the Defendant Billy Nester pulled along side her vehicle in the left turn lane and without coming to a full stop in violation of §56-5-2330, Code of Laws of South Carolina, 1976, as amended, the tractor trailer proceeded to turn left onto S.C. Highway #38 traveling north; as the Defendant Nester's tractor trailer completed its left turn, the rear of the trailer struck the Plaintiff's new Cadillac near the rear of the driver's door, severely damaging the door and continuing to scrape the driver's side front fender while the Plaintiff's vehicle was still at a stop; when the trailer struck Plaintiff's vehicle, the accident placed the Plaintiff in shock; the Defendant Nester continued traveling northly up S.C. Highway #38 North about 100 yards then stopped, pulled over off the highway, and walked back to Plaintiff's vehicle; a passerby and witness to the accident walked up to the driver's side of Plaintiff's vehicle, and the Plaintiff regained sufficient composure to tell the witness to call 911 which the witness did; when an investigating officer of the Bennettsville Police Department arrived, the Plaintiff exited her vehicle with the assistance of a member of the Marlboro County Rescue Squad by crawling across the front seat and leaving through the passenger front door; Plaintiff

FILED
2018 APR 25 A 9:32
CLERK OF COURT
MARLBORO COUNTY, S.C.

was thereafter placed on a mobile stretcher and taken to McLeod Health Cheraw for treatment of injuries sustained in the accident.

10. Once the conversation began between the Police Officer, the Plaintiff, and the Defendant Billy Nester, said Defendant alleged that the Plaintiff's vehicle, which had been stopped during the entire time and remained entirely in the right lane, struck the rear right corner of the Defendant Nestor's Tractor Trailer; the Plaintiff told the Police Officer that she was in her lane, never moved, and the right rear of the tractor trailer struck her vehicle; the Police Officer investigated the damage to Plaintiff's vehicle and determined that the damage was caused by the Defendant Nester's rear right corner of his tractor trailer while turning left, striking the Plaintiff's vehicle.

11. Solely as the result of the careless and reckless actions or inactions of the Defendant Billy Nester, as the employee of Unifi Manufacturing, Inc., driving a leased vehicle belonging to Salem Leasing Corporation insured by Hartford Insurance Company of the Midwest, the Plaintiff's new 2015 Cadillac was severely damaged.

12. Solely as a result of the careless and reckless actions or inactions of the Defendant Billy Nester as the employee of Unifi Manufacturing, Inc., driving a leased vehicle belonging to Salem Leasing Corporation insured by Hartford Insurance Company of the Midwest, the Plaintiff

FILED
2018 APR 25 A 9:52
ANITA M. WILLIAMS
CLERK OF COURT
MARLBORO COUNTY, S.C.

suffered severe injuries causing present and future severe pain which further caused the following:

a. Medical expenses;
b. Lost wages;
c. Deprivation of the ordinary pleasures of life, loss of well being and equanimity;
d. Pain and suffering;
e. Loss of consortium with spouse and newly adopted daughter;
f. Loss of overall health, strength, and vitality and Plaintiff was so impaired for a great length of time.
g. Mental anguish.
h. Punitive and exemplary damages.

FILED
2018 APR 25 A 9:52
ANITA H. WILLIAMS
CLERK OF COURT
MARLBORO COUNTY, S

**FIRST CAUSE OF ACTION**
(Negligence)

13. Plaintiff incorporates herein by reference all of the allegations contained in the preceding paragraphs.

14. The aforesaid accident occurred as a result of and was proximately caused by the careless conduct, negligence, gross carelessness, and reckless conduct of the Defendant Salem Leasing Corporation by and through its Agent the Defendant Billy Nester, which consisted *inter alia* of the following particulars:

a. Failing to maintain a reasonable lookout as the Defendants' tractor trailer turned left thereby entering the adjacent traffic lane in which Plaintiff's vehicle was legally stopped, thereby striking Plaintiff's vehicle in which Plaintiff was sitting;

b. Defendant's vehicle failing to come to a full stop at a clearly visible "STOP" sign in violation of §56-5-2330, Code of Laws of South Carolina, 1976, as amended;

c. Failing to exercise the reasonable degree of care required under the circumstances;

d. Failing to educate, inform and supervise an agent on exercising the reasonable degree of care required under the circumstances;

e. Otherwise being negligent.

FILED
2018 APR 25 A 9 53
ANITA M. WILLIAMS
CLERK OF COURT
MARLBORO COUNTY, S.C.

FOR A SECOND CAUSE OF ACTION
(Negligent)

15. That your Plaintiff incorporates herein by reference all of the allegations contained in the preceding paragraphs.

16. Defendant Unifi Manufacturing, Inc., permitted its employee the Defendant Billy Nester to use the tractor trailer leased to it, to operate its very large vehicle with trailer in an illegal and careless and reckless manner causing the accident referred to above.

17. The aforesaid accident occurred as a result of and was proximately caused by the careless conduct, negligence, gross carelessness, and reckless conduct of the Defendant Unifi Manufacturing, Inc. by and through its Agent the Defendant Billy Nester, which consisted *inter alia* of the following particulars:

a. Failing to maintain a reasonable lookout as the Defendants' tractor trailer turned left thereby entering the adjacent traffic lane in which Plaintiff's vehicle was legally stopped, thereby striking Plaintiff's vehicle in which Plaintiff was sitting;

b. Defendant's vehicle failing to come to a full stop at a clearly visible "STOP" sign in violation of §56-5-2330, Code of Laws of South Carolina, 1976, as amended;

c. Failing to exercise the reasonable degree of care required under the circumstances;

d. Failing to educate, inform and supervise an agent on exercising the reasonable degree of care required under the circumstances;

e. Otherwise being negligent.

18. That as a direct and proximate result of Defendant Unifi Manufacturing, Inc.'s negligence, Plaintiff was caused bodily harm and her vehicle was severely damaged.

FILED 2018 APR 25 A 9 53 ANITA H. WILLIAMS CLERK OF COURT MARLBORO COUNTY, S.C.

19. Defendant Unifi Manufacturing, Inc. is subject to liability for injuries the Plaintiff sustained and for the damages to the Plaintiff's new 2015 Cadillac, as a result of the accident.

**<u>FOR A THIRD CAUSE OF ACTION</u>**
**(Negligent Entrustment)**

20. That your Plaintiff incorporates herein by reference all of the allegations contained in the preceding paragraphs.

21. Defendant Salem Leasing Corporation permitted its Agent the Defendant Billy Nester to use the tractor trailer leased to the Defendant Unifi Manufacturing, Inc., without proper training, to operate its very large vehicle with trailer in an illegal and careless and reckless manner causing the accident referred to above.

22. That as a direct and proximate result of Defendant Salem Leasing Corporation's negligent entrustment, Plaintiff was caused bodily harm and her vehicle was severely damaged.

FILED
2018 APR 25 A 9:53
[illegible] WILLIAMS
CLERK OF COURT
MARLBORO COUNTY, S.C.

23. Defendant Salem Leasing Corporation is subject to liability for injuries the Plaintiff sustained and for the damages to the Plaintiff's new 2015 Cadillac, as a result of this accident.

**<u>FOR A FOURTH CAUSE OF ACTION</u>**
**(Negligent Entrustment)**

24. That your Plaintiff incorporates herein by reference all of the allegations contained in the preceding paragraphs.

25. Defendant Unifi Manufacturing, Inc. permitted its employee the Defendant Billy Nester to use the tractor trailer leased to the Defendant Unifi Manufacturing, Inc., without proper training, to operate its very large vehicle with trailer in an illegal and careless and reckless manner causing the accident referenced above.

26. That as a direct and proximate result of Defendant Unifi Manufacturing, Inc.'s negligent entrustment, Plaintiff was caused bodily harm and her vehicle was severely damaged.

27. Defendant Unifi Manufacturing, Inc. is subject to liability for injuries the Plaintiff sustained and for the damages to the Plaintiff's new 2015 Cadillac, as a result of this accident.

FILED
2018 APR 25 A 9 53
ANITA M. WILLIAMS
CLERK OF COURT
MARLBORO COUNTY, S.C.

<u>FOR A FIFTH CAUSE OF ACTION</u>
(Negligence – Bad Faith)

28. That your Plaintiff incorporates herein by reference all of the allegations contained in the preceding paragraphs.

29. That the Defendant Hartford Insurance Company of the Midwest was negligent in that it completely failed to properly investigate this accident to establish that clear liability existed thereby acting in bad faith causing the Plaintiff to bring this action to recover actual damages and punitive damages for the bad conduct of the Defendant Billy Nester.

WHEREFORE, your Plaintiff prays for judgment:

(1) against the Defendants Billy Nester, Salem Leasing Corporation and Unifi Manufacturing, Inc., in this matter in a sum sufficient to adequately compensate your Plaintiff for compensatory damages for injuries sustained, for subsequent medical bills, for subsequent pain and suffering, for the loss of consortium with her husband and newly adopted daughter, for mental anguish, for extensive damage to Plaintiff's new vehicle, for punitive and exemplary damages, for the costs of this action, including reasonable attorneys fees required in bringing this action and for such other and further relief as this Honorable Court may deem just and proper;

(2) against the Defendant The Hartford Insurance Company of the Midwest for it's negligence and bad faith in failure to properly investigate this matter specifically for punitive damages, reasonable attorneys fees required to bring this action and such other damages as this Honorable Court may deem just and proper.

FILED
2018 APR 25 P 4:43
ANITA WILLIAMS
CLERK OF COURT
HORRY COUNTY, S.C.

LAW OFFICES OF
OHANESIAN & OHANESIAN

By:____________________

Greg Ohanesian
SC Bar #: 4271
Member of the Firm
Attorneys for the Plaintiff
Post Office Box 1373
Bennettsville, S.C. 29512
(843) 479-7193
E-Mail: ohanesianfirm@att.net

April 25, 2018
Bennettsville, S.C.

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT |
| COUNTY OF MARLBORO | ) | |
| Diane McNair Terry, Plaintiff, | ) | 2018-CP-34-00059 |
| v. | ) | |
| Billy Nester, Salem Leasing Corporation, Unifi Manufacturing, Inc. and The Hartford Insurance Company of the Midwest, Defendants. | ) | VERIFICATION |

PERSONALLY APPEARED before me Diane McNair Terry, who being duly sworn, deposes and says that she is the Plaintiff in the foregoing action; that she has read or has had read to her the foregoing Amended Complaint, and knows the contents thereof and the same is true of her own knowledge and belief, except as to those matters alleged on information and belief, and to those she believes them to be true.

2018 APR 25 A 9:53
FILED
ANITA M. WILLIAMS
CLERK OF COURTS
MARLBORO COUNTY S.C.

Diane McNair Terry
Diane McNair Terry

Subscribed and sworn to before me
This 24th day of April, 2018.

Kelly Rene Byrd (L.S.)
Notary Public for South Carolina
Commission Expiration: 07-13-2020

KELLY RENE BYRD
NOTARY PUBLIC
My Commission Expires July 13, 2020
SOUTH CAROLINA

A CERTIFIED TRUE COPY
Anita M. Williams
CLERK OF COURT
MARLBORO COUNTY

| | |
|---|---|
| STATE OF SOUTH CAROLINA<br><br>COUNTY OF MARLBORO | IN THE CIRCUIT COURT<br>OF THE<br>FOURTH JUDICIAL CIRCUIT |
| Diane McNair Terry,<br>Plaintiff,<br>v.<br>Billy Nester, Salem Leasing Corporation, Unifi Manufacturing, Inc., and Hartford Insurance Company of the Midwest,<br>Defendants. | 2018-CP-34-00059<br><br>NOTICE TO LIABILITY INSURED MOTORIST CARRIER |

TO: The Hartford Insurance Company of the Midwest, by and through:
The Honorable Ray Farmer, Director
S.C. Department of Insurance
P.O. Box 100105
Columbia, S.C. 29202

YOU ARE HEREBY NOTIFIED THAT DIANE MCNAIR TERRY has filed the above stated action for damages against the Defendant The Hartford Insurance Company of the Midwest, the Liability Insurance Motorist Carrier for the Defendant Salem Leasing Corporation and the Registered Agent for The Hartford Insurance Company of the Midwest is Chief Financial Officer, 200 Gaines Street, Tallahassee, Florida 32399-0000. This information is given to you for the purpose of allowing you to defend yourself in the above styled case under a Liability Insured Motorist Policy naming Salem Leasing Corporation as your insured.

FILED
2018 APR 25 P 12:20
ANITA R. WILLIAMS
CLERK OF COURT
MARLBORO COUNTY, S.C.

LAW OFFICES OF
OHANESIAN & OHANESIAN

By: ______________________
Greg Ohanesian
SC Bar #: 4271
Member of the Firm
Attorneys for the Plaintiff
Post Office Box 1373
Bennettsville, S.C. 29512
(843) 479-7193
E-Mail: ohanesianfirm@att.net

April 25, 2018
Bennettsville, S.C.