# EXHIBIT "C"

***(North Carolina Business Corporation Annual reports and South Carolina Secretary of State Business Entities Online)***

South Carolina Secretary of State Mark Hammond

# Business Entities Online

File, Search, and Retrieve Documents Electronically

---

# SALEM LEASING CORPORATION

## Corporate Information

**Entity Type:** Corporation

**Status:** Good Standing

**Domestic/Foreign:** Foreign

**Incorporated State:** North Carolina

## Registered Agent

**Agent:** PRENTICE HALL CORP

**Address:** 1703 LAUREL STREET
COLUMBIA, South Carolina 29201

## Important Dates

**Effective Date:** 03/28/1977

**Expiration Date:** N/A

**Term End Date:** N/A

**Dissolved Date:** N/A

### Official Documents On File

| Filing Type | Filing Date |
|---|---|
| Change of Agent or Office | 12/06/2007 |
| Change of Agent or Office | 09/03/2002 |
| Change of Agent or Office | 06/11/1999 |
| Change of Agent or Office | 02/27/1989 |
| Reinstatement | 02/27/1989 |
| Dissolution | 02/27/1987 |
| Incorporation | 03/28/1977 |

---

For filing questions please contact us at **803-734-2158**

Copyright © 2018 State of South Carolina

# BUSINESS CORPORATION ANNUAL REPORT

10-2017

NAME OF BUSINESS CORPORATION: **SALEM LEASING CORPORATION**

SECRETARY OF STATE ID NUMBER: 0128677 STATE OF FORMATION: NC

Filing Office Use Only
E - Filed Annual Report
0128677
CA201809303347
4/3/2018 11:37
☐ Changes

REPORT FOR THE FISCAL YEAR END: 6/30/2017

**SECTION A: REGISTERED AGENT'S INFORMATION**

1. NAME OF REGISTERED AGENT: Dula, C Stephen

2. SIGNATURE OF THE NEW REGISTERED AGENT: ______________________

SIGNATURE CONSTITUTES CONSENT TO THE APPOINTMENT

3. REGISTERED OFFICE STREET ADDRESS & COUNTY
175 Charlois Blvd
Winston Salem, NC 27103 Forsyth County

4. REGISTERED OFFICE MAILING ADDRESS
175 Charlois Blvd
Winston Salem, NC 27103

**SECTION B: PRINCIPAL OFFICE INFORMATION**

1. **DESCRIPTION OF NATURE OF BUSINESS:** Select One

2. **PRINCIPAL OFFICE PHONE NUMBER:** (336) 768-6896 x____

3. **PRINCIPAL OFFICE EMAIL:** Privacy Redaction

4. PRINCIPAL OFFICE STREET ADDRESS & COUNTY
175 Charlois Blvd
Winston Salem, NC 27103 Forsyth County

5. PRINCIPAL OFFICE MAILING ADDRESS
175 Charlois Blvd
Winston Salem, NC 27103

6. **Select one of the following if applicable. (Optional see instructions)**

☐ The company is a veteran-owned small business

☐ The company is a service-disabled veteran-owned small business

**SECTION C: OFFICERS** (Enter additional officers in Section E.)

| | | |
|---|---|---|
| NAME: Thomas L. Teague | NAME: C Stephen Dula | NAME: |
| TITLE: President | TITLE: Senior Vice President | TITLE: |
| ADDRESS: | ADDRESS: | ADDRESS: |
| P. O. Box 24788 | PO Box 24788 | |
| Winston-Salem, NC 27114-4788 | Winston-Salem, NC 27114 | |

**SECTION D: CERTIFICATION OF ANNUAL REPORT.** Section D must be completed in its entirety by a person/business entity.

C Stephen Dula — SIGNATURE

4/3/2018 — DATE

Form must be signed by an officer listed under Section C of this form.

C Stephen Dula — Print or Type Name of Officer

Senior Vice President — Print or Type Title of Officer

This Annual Report has been filed electronically.
MAIL TO: Secretary of State, Business Registration Division, Post Office Box 29525, Raleigh, NC 27626-0525

**South Carolina Secretary of State Mark Hammond**

# Business Entities Online

File, Search, and Retrieve Documents Electronically

## UNIFI MANUFACTURING, INC.

### Corporate Information

**Entity Type:** Corporation

**Status:** Good Standing

**Domestic/Foreign:** Foreign

**Incorporated State:** North Carolina

### Registered Agent

**Agent:** GEORGE O HALLMAN JR

**Address:** 2712 MIDDLEBURG DR STE 200
COLUMBIA, South Carolina 29204

### Important Dates

**Effective Date:** 12/20/2006

**Expiration Date:** N/A

**Term End Date:** N/A

**Dissolved Date:** N/A

### Official Documents On File

| Filing Type | Filing Date |
|---|---|
| Authority | 12/20/2006 |

For filing questions please contact us at **803-734-2158**

Copyright © 2018 State of South Carolina

# BUSINESS CORPORATION ANNUAL REPORT

10-2017

NAME OF BUSINESS CORPORATION: **Unifi Manufacturing, Inc.**

SECRETARY OF STATE ID NUMBER: 0411480 STATE OF FORMATION: NC

REPORT FOR THE FISCAL YEAR END: 6/30/2017

Filing Office Use Only
E - Filed Annual Report
0411480
CA201807401734
3/15/2018 11:04
☐ Changes

**SECTION A: REGISTERED AGENT'S INFORMATION**

1. NAME OF REGISTERED AGENT: Sirmons, Ben

2. SIGNATURE OF THE NEW REGISTERED AGENT: ____________________
SIGNATURE CONSTITUTES CONSENT TO THE APPOINTMENT

3. REGISTERED OFFICE STREET ADDRESS & COUNTY
7201 W Friendly Avenue
Greensboro, NC 27410 Guilford County

4. REGISTERED OFFICE MAILING ADDRESS
7201 W Friendly Avenue
Greensboro, NC 27410

**SECTION B: PRINCIPAL OFFICE INFORMATION**

1. DESCRIPTION OF NATURE OF BUSINESS: Textiles

2. PRINCIPAL OFFICE PHONE NUMBER: (336) 316-5595

3. PRINCIPAL OFFICE EMAIL: Privacy Redaction

4. PRINCIPAL OFFICE STREET ADDRESS & COUNTY
7201 W Friendly Avenue
Greensboro, NC 27410 Guilford County

5. PRINCIPAL OFFICE MAILING ADDRESS
7201 W Friendly Avenue
Greensboro, NC 27410

6. Select one of the following if applicable. (Optional see instructions)

☐ The company is a veteran-owned small business

☐ The company is a service-disabled veteran-owned small business

**SECTION C: OFFICERS** (Enter additional officers in Section E.)

| | | |
|---|---|---|
| NAME: Kevin D. Hall | NAME: Jeffrey C. Ackerman | NAME: Christopher A. Smosna |
| TITLE: Chief Executive Officer | TITLE: Chief Financial Officer | TITLE: Treasurer |
| ADDRESS: | ADDRESS: | ADDRESS: |
| 7201 W. Friendly Avenue | 7201 W. Friendly Avenue | 7201 W. Friendly Avenue |
| Greensboro, NC 27410 | Greensboro, NC 27410 | Greensboro, NC 27410 |

**SECTION D: CERTIFICATION OF ANNUAL REPORT.** Section D must be completed in its entirety by a person/business entity

Matthew R. Triplett — SIGNATURE
3/15/2018 — DATE

Form must be signed by an officer listed under Section C of this form.

Matthew R. Triplett — Print or Type Name of Officer
Assistant Secretary — Print or Type Title of Officer

MAIL TO: Secretary of State, Business Registration Division, Post Office Box 29525, Raleigh, NC 27626-0525